Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053-3125
(856) 797-1500
RM 1141
Attorney for Debtor(s)

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  Sandra Castillo                    :   CASE NO.  22-14788MBK
                                           :   CHAPTER 13

---

### NOTICE OF MOTION / APPLICATION

The Debtor has filed papers with the court to:  Motion Objecting to the Internal Revenue Services' Proofs of Claim

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order approving the appointment of special counsel, or if you want the court to consider your views on the aforementioned Application / objection, then on or before 2/15/2023, you or your attorney must:

File with the court a written request for a hearing and *a written response*, and an answer, explaining your position, at:

U.S. Bankruptcy Court
Clerk of Court
402 East State St.,
Trenton, NJ. 08608

If you mail your {request}{response} {answer} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:
Robert Manchel, Attorney for Debtor(s)
1 Eves Drive, Marlton, NJ. 08053

You must also:
Attend the hearing scheduled to be held on 2/22/23, at: 9;00AM

U.S. Bankruptcy Court

Clerk of Court
402 East State St.,
Courtroom 8, 2nd. Fl.
Trenton, NJ. 08608

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion / application or objection and may enter an order granting that relief.

Date: 1/16 /2023 Signature:     /s/ Robert Manchel, attorney for debtor(s)
                                Robert Manchel

Name: Robert Manchel, Attorney for Debtor(s)
Address 1 Eves Drive, Marlton, NJ. 08053