| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-14788 / MBK**

Sandra Castillo

Petition Filed Date: 06/13/2022
341 Hearing Date: 07/14/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2022 | $550.00 | 28166043317 | 08/02/2022 | $100.00 | 28166043328 | 09/12/2022 | $550.00 | 87007200 |
| 10/11/2022 | $550.00 | 87612700 | 12/08/2022 | $68,555.28 | 10565 | 12/08/2022 | $4,608.00 | 10566 |

**Total Receipts for the Period:  $74,913.28    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $74,913.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sandra Castillo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Manchel, Esq. | Attorney Fees | $3,108.00 | $0.00 | $3,108.00 |
|   | No Disbursements: No Check | | | | |
| 1 | ACAR Leasing LTD d/b/a GM Financial Leasing | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  LEASE/2017 BUICK ENCORE | | | | |
| 2 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $781.96 | $0.00 | $0.00 |
|   | »»  CITIBANK,NA/BEST BUY VISA | | | | |
| 3 | INTERNAL REVENUE SERVICE | Priority Crediors | $5,081.20 | $0.00 | $0.00 |
|   | »»  2019-2021 TAX PERIODS | | | | |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $7,037.15 | $0.00 | $0.00 |
|   | »»  2017-2018 TAX PERIODS & PENALTIES | | | | |
| 5 | BANK OF AMERICA | Unsecured Creditors | $1,857.03 | $0.00 | $0.00 |
| 6 | M&T BANK | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|   | »»  P/2499 HOOPER AVE/1ST MTG/ORDER 9/30/22 | No Disbursements: Paid at real estate closing | | | |
| 7 | NJ DIVISION OF TAXATION | Priority Crediors | $1,326.94 | $0.00 | $0.00 |
|   | »»  TGI-EE 2019-2021 | | | | |
| 0 | Robert Manchel, Esq. | Attorney Fees | $1,688.00 | $0.00 | $1,688.00 |
|   | »»  O/SELL PROP 10/31/22/ORDER 2/9/23 | | | | |

**Chapter 13 Case No. 22-14788 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $74,913.28 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $550.00 |
| Paid to Trustee: | $5,408.16 | Arrearages: | $0.00 |
| Funds on Hand: | $69,505.12 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

