LAW OFFICES

**ROBERT MANCHEL**
EXECUTIVE CENTER OF GREENTREE
ONE EVES DRIVE, SUITE 111
MARLTON, NJ  08053
(856) 797-1500
FAX (856) 797-1534

MEMBER OF NJ & PA BARS

Honorable Michael B. Kaplan
U.S. Bankruptcy Courthouse                               March 20, 2023
402 East State St.
Trenton, NJ. 08608

    Re:    Debtor: Sandra Castillo
           Chapter   13, Case no. 22-14788MBK
           Withdrawal Debtor's Motion Objecting to the IRS's Proof of Claim

Dear Judge Kaplan

I hereby withdrawal the above referenced motion. Thank you.

Sincerely,

*/s/Robert Manchel*
Robert Manchel